Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 26, 2019

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. **CR19-117 RAJ** |
|---|---|
| v. | **INDICTMENT** |
| SHAWNA REID, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT I

### (False Declarations before the Grand Jury)

On or about February 28, 2018, in the Western District of Washington, SHAWNA REID, the defendant, while under oath in a proceeding before a federal grand jury empaneled and sitting in the Western District of Washington at Seattle, knowingly made false material declarations.

Specifically, after being interviewed by a Special Agent of the Federal Bureau of Investigation and a Seattle Police Department Detective on August 23, 2017, defendant SHAWNA REID appeared before the federal grand jury on February 28, 2018, where she was asked the following questions and gave the following answers regarding the earlier interview:

Q: In your first interview, did you say to the FBI that [Suspect #1] bragged to you about [Suspect 1's] involvement in the murder of a, quote, judge or an attorney that lives on top of a hill, end quote?

A: No.

1

Q: In your first interview, did you say to the FBI that [Suspect #1] bragged that the murder victim was someone of importance like a judge or an attorney general?

A: No.

In truth and in fact, as defendant SHAWNA REID well knew when she testified before the grand jury, she had told the FBI agent and detective during that first interview on August 23, 2017, that Suspect #1 had bragged to her about Suspect #1's involvement in the murder of a judge or lawyer that lives on top of a hill, and also stated several times that Suspect #1 had called the murder victim an "attorney general."

All in violation of Title 18, United States Code, Section 1623.

## COUNT 2

### (Obstruction of Justice)

Between on or about August 25, 2017, and on or about February 28, 2018, in the Western District of Washington, SHAWNA REID, the defendant, corruptly influenced, obstructed, and impeded, and endeavored to influence, obstruct, and impede the due administration of justice, to wit, REID made false material statements to law enforcement officials on August 25, 2017 and on December 7, 2017, and then, on February 28, 2018, appeared before a federal grand jury empaneled and sitting in the Western District of Washington at Seattle, and made false material statements to that grand jury. All of these false statements pertained to whether Suspect #1 had told defendant SHAWNA REID about Suspect #1's

/////
/////
/////
/////
/////
/////

involvement in the murder of a lawyer, judge, or attorney general who lived on a hill and whether REID had reported what Suspect #1 told her when she was interviewed by law enforcement officials on August 23, 2017.

All in violation of Title 18, United States Code, Section 1503.

A TRUE BILL:

DATED: 20 June 2019

(Signature of Foreperson redacted)
FOREPERSON

_____
DAVID L. JAFFE
Chief
Organized Crime and Gang Section
Criminal Division
United States Department of Justice

_____
Steven D. Clymer
Assistant United States Attorney