UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-0117JLR |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| SHAWNA REID, | |
| Defendant. | |

THIS MATTER comes before the Court *sua sponte* and upon Defendant Shawna Reid's waiver of her speedy trial rights. (*See* Speedy Trial Waiver (Dkt. # 16).) Having considered the nature of this case, and Defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court finds that a continuance from June 8, 2020, to June 29, 2020, will help facilitate the Court's calendar and is in the interest of judicial economy.

//

//

ORDER - 1

2. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and Defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3. Defendant has signed a waiver indicating she has been advised of her right to a speedy trial and that, after consulting with counsel, she has knowingly and voluntarily waived that right and consented to the continuation of her trial to a date up to and including June 30, 2020, which will permit trial to commence on June 29, 2020. (*See* Speedy Trial Waiver at 1.) Defendant's waiver expresses her understanding that the Court will make findings that the time between June 8, 2020, and the new trial date of June 29, 2020, is excludable for purposes of calculating the time limitations applicable to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

Therefore, IT IS HEREBY ORDERED that the trial date is continued from June 8, 2020, to June 29, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of June 8, 2020, up to and including the new trial date of June 29, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq*.

Dated this 24th day of January, 2020.

JAMES L. ROBART
United States District Judge