WA/WD PTS-WAR-AH
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant for Defendant Under Pretrial Services Supervision

**Date of Report:** 04/10/2020

**Name of Defendant:** Shawna Reid  **Case Number:** 2:19CR-00117-RAJ

**Name of Judicial Officer:**  The Honorable Richard A. Jones, United States District Judge

**Original Offense:**  False Declaration Before Grand Jury; Obstruction of Justice

**Date Supervision Commenced:** 08/20/2019

### PETITIONING THE COURT

☒ To issue a warrant under seal

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance**
1. Committing a new offense of Reckless Endangerment, on or about April 10, 2020, in Lake Stevens, Washington, in violation of her bond.

**Nature of Violation Conduct**:
On April 20, 2020, at 7:30 p.m., I spoke with Officer Bryant of the Lake Stevens Police Department who stated that he had just responded to a 911 call involving Shawna Reid.  According to Officer Bryant, Ms. Reid had left her house earlier this evening with her six-year-old nephew and her two children (both under the age of three).  She reportedly then consumed multiple oxycontin and clonazepam pills and was found by officers on a road in traffic with the children, presenting the risk of significant harm to herself and the children.  She was clearly experiencing a significant mental health episode and was taken into custody by officers.  She is being transported to a local hospital where she will be held under an involuntary mental health commitment pending evaluation by a mental health provider.  Police have notified the Department of Social and Health Services which is managing transfer of the children into the care of responsible family members.

Ms. Reid's criminal history includes prior convictions for Operating a Motor Vehicle Under the Influence (2014), Solicitation of a Controlled Substance by Telephone (2008), Permit Minor to Consume Alcohol (2001), and Theft Third Degree (1998).  She has self-reported significant mental health related issues including a prior suicide attempt and prior mental health related hospitalizations.  She also struggles with a significant history of substance abuse including multiple different drugs.

**United States Probation Officer Recommendation:**
☒  Revoke the bond

☒  Detention pending final adjudication due to:
☒  Risk of nonappearance
☒  Danger to community

The Honorable Richard A. Jones, United States District Judge     Page 2
Petition for Warrant for Defendant Under Pretrial Services Supervision     4/10/2020

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Connie Smith<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 10th day of April, 2020.<br><br>*[signature]*<br>Matthew D. McDaniel<br>United States Probation Officer | BY:<br><br>*[signature] Blodgett*<br>Jeanie Blodgett<br>Supervising United States Probation Officer |

---

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☒ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)

*[signature]*
J. Richard Creatura, United States Magistrate Judge

4/10/2020
Date