UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWNA REID,

    Defendant.

Case No. CR19-117 JLR

ORDER FOR TEMPORARY DETENTION

Offenses charged:

    Bond Violation

Initial Appearance on Bond Revocation: April 13, 2020

On August 20, 2019, Defendant appeared for an initial appearance and detention hearing before the undersigned United States Magistrate Judge after which Defendant was released on an appearance bond that included restrictions that she not commit any violations of law or consume any controlled substances unless prescribed by a physician and approved by the Pretrial Service Officer.

On April 20, 2020, Probation and Pretrial Services filed a Petition for Warrant for Defendant, alleging that the Defendant violated the terms and conditions of her bond by

ORDER FOR TEMPORARY DETENTION - 1

Committing a new offense of Reckless Endangerment, on or about April 10, 2020, in Lake Stevens, Washington.

On April 13, 2020, Defendant made her appearance at a bond revocation hearing before the undersigned. She was advised of her rights in connection with the Petition for Warrant for Defendant. She was advised of the bond violation allegations. Defendant denied the alleged violation.

Pursuant to Rules 32.1(a)(6) and 46(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a)(1), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     On August 20, 2019, Defendant was released on bond with pretrial supervision and special conditions these conditions included that she not commit any violations of law or consume any controlled substances unless prescribed by a physician and approved by the Pretrial Service Officer.

(2)     Defendant is alleged to have failed to abide by the terms of her bond, as set forth in the bond violation allegations above by being under the influence of controlled substances and allegedly endangering the safety of her children and her six-year old nephew.

(3)     Defendant sought release to her fiancé's home. The petition, however, contains allegations that Defendant was investigated for assault 4th degree – domestic violence of her fiancé less than two weeks ago. Accordingly, the Court does not find his residence to be a suitable release residence for Defendant.

(4)     At this time, there does not appear to be any condition or combination of conditions that will reasonably assure that the Defendant is not a danger to her fiancé, her

children, or to other persons or the community. Accordingly, the Court orders temporary detention pending a release plan for Defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be temporarily detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 13th day of April, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge