The Honorable James L. Robart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT

UNITED STATES OF AMERICA,

                              Plaintiff,

              v.

SHAWNA REID,

                              Defendant.

CASE NO.  CR19-117 JLR

**ORDER CONTINUING TRIAL DATE**

THIS COURT having considered the Stipulated Motion to Continue Trial Date and the facts set forth therein, and General Orders 01-20, 07-20, and related orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from Coronavirus Disease 2019 (COVID-19), which are incorporated herein by reference, hereby FINDS as follows:

1.  In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Departments of Public Health for Seattle and King Counties regarding social distancing measures required to stop the spread of this disease as well as the lack of the type of personal protective equipment necessary

Proposed Order Continuing Trial Date
*United States v. Reid*, CR19-117 JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

to ensure the health and safety of all court participants, it is not possible at this time to proceed with a jury trial.

2. Further, because of the recommendations that individuals at higher risk of contracting this disease –including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community.   Based on the recommendations, it would also be medically inadvisable to do so.

3. Additionally, the realized and projected impacts from the COVID-19 outbreak on trial preparations and trial proceedings are substantial.  Restrictions on travel, as well as the stay at home order, will limit both government and defense counsels' ability to prepare for trial and will curtail their ability to meet with witnesses. Similarly, although defense counsel can arrange telephonic contact with the defendant, direct personal contact is strongly preferred to review relevant documents in anticipation of trial.  Further, both government and defense counsel have both been encouraged to telework in an effort to both reduce personal exposure and limit transmission risk to coworkers. Convening even small gatherings has been strongly discouraged.

4. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant to a speedy trial.

Proposed Order Continuing Trial Date
*United States v. Reid*, CR19-117 JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

1

2    IT IS THEREFORE ORDERED that the parties participate in a status conference on

3    July 2, 2020, at 2:00 p.m.  The purpose of the status conference will be discuss a date on

4    which the trial can be scheduled and take place without any potential impact on the health of

5    all court participants or the community.

6    IT IS FURTHER ORDERED that the period time from the date of this order up to and

7    including the date to be set for the trial at the status conference shall be excludable time

8    pursuant to 18 U.S.C. § 3161.

9    Dated this 27th day of April, 2020.

10

11

12    _____

13    HON. JAMES L. ROBART

14    United States District Court

15

16

17

18    Presented by:

19

20    *s/ Matthew K. Hoff*
      _____
      MATTHEW K. HOFF

21    Trial Attorney

22

23

24

25

26

27

28

Proposed Order Continuing Trial Date
*United States v. Reid*, CR19-117 JLR