Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-117 JLR |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING |
| v. | ) | MOTION FILING DEADLINE |
| | ) | |
| SHAWNA REID, | ) | |
| | ) | |
| Defendant. | ) | |

The court, having considered the unopposed defense motion to continue the motion filing deadline and good cause having been shown, it is ordered that the date by which defense motions are to be filed is continued to June 30, 2020.

ORDERED this 1st day of June, 2020.

_____
James L. Robart
U.S. District Judge

Presented by:

/s/ Michael Nance
Defense Attorney