# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-117 JLR |
| | ) | |
| Plaintiff, | ) | DEFENSE MOTION TO FILE |
| v. | ) | MOTION EXHIBITS UNDER |
| | ) | SEAL |
| SHAWNA REID, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Noted: June 30, 2020 |

**Motion**

Defendant Shawna Reid, by and through her attorneys Michael Nance and Robert Gombiner, moves for court leave to file under seal exhibits to her Defense Motion to Dismiss Indictment (dkt. # 52). The exhibits contain grand jury and other sensitive information that should remain sealed at least until the issue in the outstanding motion is resolved.

Submitted this 30th day of June, 2020.


/s/ Michael Nance
Defense Attorney

**Certificate of service**

I hereby certify that on the 30th day of June, 2020, I electronically filed the

foregoing with the clerk of the court using the CM/ECF system. Notice of this filing will

be sent electronically to counsel for other parties of record.


/s/ Michael Nance