The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-0117JLR |
| Plaintiff, | MINUTE ORDER |
| v. | SETTING STATUS HEARING |
| SHAWNA REID, | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

Having considered the record in this matter, and pursuant to General Orders 02-20 and 03-20 for the Western District of Washington, the Court previously found the trial date of June 29, 2020, could not proceed as scheduled, and the ends of justice served by granting a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

On July 30, 2020, Chief United States District Judge Ricardo S. Martinez entered General Order 11-20, which extended the procedures established by General Orders 02-20 and 03-20 until September 8, 2020, and continued all criminal in-person hearings and trial dates in the Seattle and Tacoma courthouses scheduled to occur before September 8, 2020.

1     Accordingly, the trial date in this matter remains vacated and another status hearing is set for **September 9, 2020, at 10:00 a.m.** The purpose of the status conference will be to discuss a date on which the trial can be scheduled and take place without any potential impact on the health of all participants or the community.

    IT IS FURTHER ORDERED that, pursuant to General Order 11-20, the time between August 3, 2020, and September 8, 2020, is excludable under the Speedy Trial Act, as the Court finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

    DATED this 4th day of August, 2020.

                              WILLIAM M. McCOOL,
                              Clerk of the Court

                              */s/ Ashleigh Drecktrah*
                              Deputy Clerk to Hon. James L. Robart