UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWNA REID,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-0117JLR<br><br>ORDER REGARDING<br>IN-CAMERA REVIEW |

By Order dated August 6, 2020, the court ordered the United States of America ("the Government") to submit for in camera review grand jury materials related to Defendant Reid. (8/6/20 Order (Dkt. # 69).) The Government has done so and the court has conducted its in-camera review.

Both Defendant Reid and the Government submitted pleadings in connection with Defendant Reid's Motion to Compel (Mot. (Dkt. # 55). Following review of the pleadings and grand jury materials, the court has determined that none of the materials must be disclosed to Defendant Reid in order to avoid a "possible injustice." *See United*

ORDER - 1

1 | *States v. Plummer*, 941 F.2d 799 (9th Cir. 1991) (citing *Douglas Oil Co. of Calif. v.*
2 | *Petrol Stops NW.*, 441 U.S. 211, 222 (1979).

3 |      Dated this 28th day of August, 2020.

                                                                               *[signature]*

                                                                             The Honorable James L. Robart
                                                                             U.S  District Court Judge