UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0117JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHAWNA REID, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

At 2:00 p.m. on January 28, 2021, the court has scheduled a telephonic hearing regarding Defendant Shawna Reid's motion for issuance of trial subpoenas for Department of Justice employees (Mot. (Dkt. # 77); *see also* Reply (Dkt. # 81)) and Plaintiff United States of America's ("the Government") opposition to that motion (Resp. (Dkt. # 80). The parties should be prepared to discuss which, if any, of the potential witnesses will be trial counsel for the Government, the admissibility of testimony from

MINUTE ORDER - 1

the potential witnesses, and any authority in the Ninth Circuit that addresses (1) the propriety of Department of Justice lawyers being called to testify by a defendant, and (2) the exhaustion principle cited by the Government in its response (*see* Resp. at 10-12).

Filed and entered this 22nd day of January, 2021.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2