WA/WD PTS-Summons
(01/19)

# UNITED STATES DISTRICT COURT

for

Western District of Washington

Petition for Summons for Defendant Under Pretrial Services Supervision

**Date of Report:** 02/17/2021

**Name of Defendant:** Shawna Reid                              **Case Number:** C19-117 RAJ

**Name of Judicial Officer:** The Honorable Michelle L. Peterson, United States Magistrate Judge

**Original Offense:** False Declaration Before the Grand Jury and Obstruction of Justice

**Date Supervision Commenced:** 08/20/2019

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- Clear all outstanding warrants as directed by Pretrial Services.

- The defendant must notify all prescribing physicians and medical providers, including dentists, or his/her history of substance abuse, and provide Pretrial Services with verification of notification.

- Release on third-party custody to: Brandon Zarelli [Added 5/19/2020]

- Comply with all other court orders or terms of supervision. [Added 5/19/2020]

- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic. [Added 5/19/2020]

Case 2:19-cr-00117-JLR   Document 88   Filed 02/18/21   Page 2 of 2

The Honorable Michelle L. Peterson, United States Magistrate Judge  Page 2
Petition for Summons for Defendant Under Pretrial Services Supervision  2/17/2021

## PETITIONING THE COURT

☒ To issue a summons

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

1. The defendant violated the bond condition requiring drug testing as directed by failing to report for drug testing as instructed on the follow dates:

    - October 15, 2020
    - January 7, 2021
    - February 4, 2021

2. The defendant violated the bond condition to not use, consume or possess any controlled substances, unless the substance is prescribed by a physician, by using fentanyl multiple times on for before February 15, 2021.

**United States Probation Officer Recommendation:**

☒ Issue a summons

I consulted with Assistant United States Attorney Matthew Hoff, and he concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 17th day of February, 2021.

BY:

Lisa L. Combs
United States Probation Officer

Patrick E. Robertson
Supervising United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☑ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Michelle L. Peterson, United States Magistrate Judge
February 17, 2021
Date