The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-117 JLR |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE** |
| v. | |
| SHAWNA REID, | |
| Defendant. | |

THIS COURT having considered the Stipulated Motion for an Order Addressing the Continuance of the Trial in this matter and the facts set forth therein, as well as General Orders 02-20, 03-20, and 04-21, and related orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from Coronavirus Disease 2019 (COVID-19), all of which are incorporated herein by reference, hereby FINDS as follows:

1. At this time, until a majority of the public has received the vaccine and been fully vaccinated, limiting the size and frequency of gatherings remain critical to

Proposed Order Continuing Trial Date
*United States v. Reid*, CR19-117 JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

preventing serious injury and death from COVID-19. Thus, the Court has continued all in-person criminal jury trials through June 30, 2021.

2. The Court scheduled a jury trial in this matter set to begin on July 13, 2021.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that this matter is continued until July 13, 2021.

IT IS FURTHER ORDERED that the time period from the date of this order up to and including the trial date of July 13, 2021, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 12th day of April, 2021.

_____
HON. JAMES L. ROBART
United States District Court

Presented by:

*s/ Matthew K. Hoff*
MATTHEW K. HOFF
Trial Attorney

Proposed Order Continuing Trial Date
*United States v. Reid*, CR19-117 JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594