WAWD – Praecipe (Revised 3/2021)

1
2
3
4
5
6       UNITED STATES DISTRICT COURT
7       WESTERN DISTRICT OF WASHINGTON
8
9
10
11              Plaintiff(s),              CASE NO.
        v.
12                                          PRAECIPE
13
14              Defendant(s).
15
16      To the Clerk of the above-entitled court:
        You will please:
17
18
19
20
21
22
23      Dated                    Sign or use an "s/" and your name
24
25

                         Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1