UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWNA REID,<br><br>　　　　　　　　Defendant. | CASE NO. CR-19-0117JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In their filing styled "Motion for a Trial Without COVID-Related Restrictions" (Dkt. # 104), Defense counsel Nance and Gombiner included as Exhibit 1 notes from the June 16, 2021 Full Resumption of Operations Organizing Committee Meeting (Dkt. #

//

//

//

MINUTE ORDER - 1

104-1). By noon on Friday, June 25, 2021, Defense counsel shall file a statement with the court stating who provided them with a copy of this document.

    Filed and entered this 24th day of June, 2021.

                             WILLIAM M. MCCOOL
                             Clerk of Court

                             s/ Ashleigh Drecktrah
                             Deputy Clerk

MINUTE ORDER - 2