The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNA REID,<br><br>Defendant. | CASE NO. CR19-117 JLR<br><br>**UNITED STATES' REVISED EXHIBIT LIST** |

The United States of America, by and through Nicholas L. McQuaid, Acting Assistant Attorney General, United States Department of Justice, Matthew K. Hoff and Christina Taylor, Trial Attorneys, files this Exhibit List identifying each exhibit the Government may introduce at trial. The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial.

United States' Exhibit List
*United States* v. *Reid*, No. CR19-117 JLR- 1

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

| Exhibit No. | Description | Introduced | Admitted |
|---|---|---|---|
| 1 | Transcript of Shawna Reid's Testimony before the Grand Jury on February 28, 2018 | | |
| 2 | Special Agent Anderson's notes for August 23, 2017 Interview | | |
| 3 | Detective Conrad's Notes for August 23, 2017 Interview | | |
| 4 | Detective Conrad's notes for August 25, 2017 Interview | | |
| 5 | FBI 302 Report for August 23, 2017 Interview | | |
| 6 | FBI 302 Report for August 25, 2017 Interview | | |
| 7 | FBI 302 Report for December 7, 2017 Interview | | |

Respectfully submitted, this the 30th day of June, 2021.

                              Nicholas L. McQuaid
                              Acting Assistant Attorney General

                              *s/Matthew K. Hoff*
                              MATTHEW K. HOFF
                              Trial Attorney

                              *s/Christina Taylor*
                              CHRISTINA TAYLOR
                              Trial Attorney

United States' Exhibit List
*United States* v. *Reid*, No. CR19-117 JLR- 2

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Defendant(s).

/s/ Christina Taylor
CHRISTINA TAYLOR
Trial Attorney
Organized Crime and Gang Section
U.S. Department of Justice
1301 New York Avenue, NW
Suite 700
Washington, D.C. 20005
Tel.: (202) 679-1034

United States' Exhibit List
*United States* v. *Reid*, No. CR19-117 JLR- 3

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594