District Court Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 19-117-JLR |
| v. | NOTICE OF APPEARANCE |
| SHAWNA REID, | |
| Defendant. | |

Please take notice that the undersigned attorney, Serena M. Orloff of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of third parties David Jaffe and Joseph Wheatley, respectively a current and former Department of Justice employee, whom Defendant has subpoenaed for testimony arising from their official duties for the Department, *see generally* ECF Nos. 77, 81.

Dated: July 1, 2021                     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

| | |
|---|---|
| 1 | *s/ Serena Orloff* |
| 2 | SERENA M. ORLOFF |
| | California Bar No. 260888 |
| 3 | Trial Attorney |
| 4 | Federal Programs Branch, Civil Division |
| | Department of Justice |
| 5 | 1100 L Street NW, Room 12512 |
| 6 | Washington, DC 20005 |
| | (P) (202) 305 -0167 |
| 7 | (F) (202) 616-8470 |

Notice of Appearance of Serena Orloff on behalf of defense witnesses
*United States* v. *Reid*, No. CR19-117JLR – 2