District Court Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA | NO. CR 19-117-JLR |
|---|---|
| v. | **STIPULATED MOTION OF JOSEPH WHEATLEY FOR PERMISSION TO TESTIFY AT TRIAL REMOTELY** |
| SHAWNA REID, | |
| Defendant. | |
| | Noted for consideration on: July 1, 2021 |

Former Department of Justice attorney Joseph Wheatley hereby moves, on stipulation of the parties, for the Court's permission to appear at Defendant Shawna Reid's trial through remote means (telephonic or videographic), rather than in person.

On January 28, 2021, the Court granted Ms. Reid's Motion for Issuance of Trial Subpoenas for Department of Justice Employees, ECF No. 77. On June 17, 2021, undersigned counsel for Mr. Wheatley accepted service of a subpoena from counsel for Ms. Reid directing Mr. Wheatley to appear at Ms. Reid's trial on the afternoon of July 13, 2021. Mr. Wheatley served as a Trial Attorney for the Department of Justice until May 28, 2021, and any testimony regarding his official duties for the Department is governed by regulation. *See generally* 28 C.F.R. §§ 16.21-16.29; *see also* 28 C.F.R. § 16.21(a) ([D]epartmental protocols governing disclosure in litigation extend to "any information acquired by any person while such person was an employee of the Department as a part of the performance of that person's official duties or because of that person's official status[.]");Jan. 28, 2021 Tr. at 15:25-16:3, ECF No. 87 (discussing Department of Justice

*Touhy* regulations governing disclosure of official information).  The Department has completed the *Touhy* process under those regulations to authorize Mr. Wheatley's testimony.

However, Mr. Wheatley resides in Maryland, and traveling across the country for an in-person appearance would pose significant hardship for his family at the current time.[1]  Mr. Wheatley's wife recently underwent spinal fusion surgery, and is in the process of recovering from the surgery.  Her mobility is significantly restricted, and she needs assistance caring for herself.  She is unable to bend over or lift more than several pounds, and is therefore unable to care for the couple's baby and toddler.  Were Mr. Wheatley required to travel to Seattle for the trial, the couple would need to arrange for outside, overnight childcare, which would pose personal and financial hardship.  For these reasons, Mr. Wheatley respectfully seeks the Court's permission to make his appearance at Ms. Reid's trial remotely. Government counsel stands ready to work with the Court's information technology personnel to make such appearance as seamless as possible.

The undersigned attorney has conferred with counsel for the prosecution and Ms. Reid, and both stipulate to the relief sought herein.

Dated: July 1, 2021               Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

JACQUELINE COLEMAN SNEAD

---

[1]  The defense has also issued a trial subpoena to current DOJ Criminal Chief David Jaffe.  The Department has also completed the *Touhy* process for Mr. Jaffe, who does not require this same accommodation.

Motion of Joseph Wheatley for Permission to Testify Remotely
*United States* v. *Reid*, No. CR19-117JLR – 2

|||
|---|---|
| 1 | Assistant Branch Director |
| 2 | |
|   | *s/ Serena Orloff [draft]* |
| 3 | SERENA M. ORLOFF |
|   | California Bar No. 260888 |
| 4 | Trial Attorney |
| 5 | Federal Programs Branch, Civil Division |
|   | Department of Justice |
| 6 | 1100 L Street NW, Room 12512 |
| 7 | Washington, DC 20005 |
|   | (P) (202) 305 -0167 |
| 8 | (F) (202) 616-8470 |
| 9 | |
| 10 | Counsel for the United States concurring in the motion: |
| 11 | |
| 12 | *s/ concurrence by email* |
|    | MATTHEW K. HOFF |
| 13 | Trial Attorney |
| 14 | Organized Crime and Gang Section |
|    | Department of Justice |
| 15 | 1301 New York Avenue NW, Suite 700 |
| 16 | Washington, DC 20005 |
|    | (P) (202) 598-8093 |
| 17 | |
| 18 | Counsel for Shawna Reid concurring in the motion: |
| 19 | |
| 20 | *s/ concurrence by email* |
|    | MICHAEL CRAIG NANCE |
| 21 | P.O. BOX 11276 |
|    | Bainbridge Is, WA 98110 |
| 22 | (206) 624-3211 |
| 23 | |
| 24 | *s/ concurrence by email* |
|    | ROBERT GOMBINER |
| 25 | 705 Second Avenue, Suite 1500 |
| 26 | Seattle, WA 98104 |
|    | (206) 622-1604 |
| 27 | |
| 28 | Motion of Joseph Wheatley for Permission to Testify Remotely |
|    | *United States* v. *Reid*, No. CR19-117JLR – 3 |

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications to all parties of record.

/s/ *Serena Orloff*