UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>SHAWNA REID,<br><br>                Defendant. | CASE NO. CR19-0117JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has scheduled an in-person hearing regarding pending motions in this matter at 1:00 p.m. on July 12, 2021. The parties shall be prepared to discuss (1) Defendant Shawna Reid's motion for a trial without COVID-related restrictions (Dkt. # 104), including counsels' inclusion of Exhibit 1 (Dkt. # 104-1), and (2) Ms. Reid's motion to dismiss this case for discovery and *Brady* violations (Dkt. # 125). The

MINUTE ORDER - 1

Government shall file a response of no more than 12 pages in length to Ms. Reid's motion to dismiss by noon on July 8, 2021.

Filed and entered this 6th day of July, 2021.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk