District Court Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR 19-117-JLR |
|---|---|
| v. | GOVERNMENT'S MOTION TO SEAL |
| SHAWNA REID, | |
| Defendant. | |

The United States of America, by and through its counsel of record, Nicholas L. McQuaid, Acting Assistant Attorney General, United States Department of Justice, Matthew K. Hoff, Trial Attorney, and Christina Taylor, Trial Attorney, hereby moves this Court for an order permitting the government to file under seal (a) an *ex parte* notice of filing under seal; and (b) a compact disc containing an audio recording of the Defendant Shawna Reid's Grand Jury testimony of February 28, 2018 ("CD"). Sealing is permissible and appropriate for the *ex parte* notice and CD, which are being lodged concurrently with this motion to seal, because they discuss grand jury matters pursuant to Federal Rule of Criminal Procedure 6(e).

If this Court denies this motion to seal and determines that the government's *ex parte* notice and the CD should not be filed under seal, the government respectfully requests that the Court return those documents and materials to government counsel without filing them publicly.

Motion to Seal
*United States* v. *Reid*, No. CR19-117JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

The government further requests that the *ex parte* notice and CD remain under seal unless the Court orders unsealing at a later date.

DATED this 8th day of July 2021.

Respectfully submitted,

Nicholas L. McQuaid
Acting Assistant Attorney General

*s/Matthew K. Hoff*
MATTHEW K. HOFF
Trial Attorney

*s/Christina Taylor*
CHRISTINA TAYLOR
Trial Attorney

Motion to Seal
United States v. Reid, No. CR19-117JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594