UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWNA REID,<br><br>　　　　　　Defendant. | CASE NO. CR19-0117JLR<br><br>ORDER |

Before the court is Defendant Shawna Reid's motion for a trial without COVID-related restrictions or, alternatively, a trial continuance.  (Mot. (Dkt. # 104).) Plaintiff the United States of America ("the Government") opposes the motion.  (Resp. (Dkt. # 108).)  On June 30, 2021, the Western District of Washington updated its health and safety measures related to COVID-19 in a manner that addresses many issues raised in Ms. Reid's motion.  *Compare* W.D. Wash. Gen. Order 10-21, *with* (Mot.)  Moreover, on July 7, 2021, the court struck the trial date in this case and set a hearing on July 12, 2021, to discuss a new trial date with the parties.  (*See* 7/7/21 Order (Dkt. # 134).)

ORDER - 1

1    Accordingly, the court DENIES Ms. Reid's motion (Dkt. # 104).  To the extent
2 that Ms. Reid moves to prevent the use of COVID-19 related health and safety measures
3 that are no longer in place, the court DENIES her motion as moot.  To the extent that Ms.
4 Reid moves to prevent the use of COVID-19 related health and safety measures that are
5 still in place, the court DENIES her motion without prejudice as the court cannot predict
6 what health and safety measures will be in place for a trial date that has not been set.  As
7 for her request for a continuance, the court DENIES her motion as moot as there is no
8 trial date currently set in this case.

9    Dated this 8th day of July, 2021.

JAMES L. ROBART  
United States District Judge