District Court Judge James L. Robart

SG   JUL -8 2021

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 19-117-JLR |
| v. | [PROPOSED] SEALING ORDER |
| SHAWNA REID, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the government's *ex parte* notice and the attached item for filing remain sealed for the reasons described in the accompanying motion to seal until the termination of this case, unless this Court orders otherwise.

SO ORDERED this 9th day of July, 2021.

THE HONORABLE JAMES L. ROBART
United States District Court Judge

Sealing Order
*United States v. Reid*, No. CR19-117JLR – 1

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594