UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHAWNA REID,<br><br>　　　　　　　Defendant. | CASE NO. CR19-0117JLR<br><br>ORDER GRANTING MOTION IN LIMINE RE SUSPECT # 1 |

Before the court is Defendant Shawna Reid's motion in limine requesting that during testimony and in admitted exhibits the individual referred to as "Suspect # 1" be referred to by his real name. (MIL (Dkt. # 126).) The Government does not oppose Ms. Reid's request to use this individual's real name at trial, and the parties agree that they will continue to use "Suspect #1" in all pleadings and other filings. (Resp. (Dkt. # 140).)

Accordingly, the court GRANTS Ms. Reid's motion (Dkt. # 126). Ms. Reid's counsel may use the real name of the individual referred to as "Suspect # 1" at trial and in

ORDER - 1

admitted exhibits.  The parties shall continue to refer to the individual as "Suspect # 1" in all pleadings and filings.

Dated this 16th day of July, 2021.

 _____
JAMES L. ROBART
United States District Judge

ORDER - 2