The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAWNA REID, <br><br> Defendant. | CASE NO. CR 19-117 JLR <br><br> **INFORMATION** <br><br> **(Class A Misdemeanor)** |

The Assistant Attorney General charges:

### COUNT ONE

### (Obstruction of Court Orders)

On or about February 28, 2018, in the Western District of Washington, SHAWNA REID, the defendant, willfully attempted to prevent, obstruct, impede, or interfere with the due exercise of rights or the performance of duties under an order to compel issued on or about February 26, 2018 by the United States District Court for the Western District of

///

///

ASSISTANT ATTORNEY
GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594

Washington during her testimony before a federal grand jury empaneled and sitting in the Western District of Washington at Seattle.

All in violation of Title 18, United States Code, Section 1509.

Dated this 23rd Day of August 2021.

Kenneth A. Polite, Jr.,
Assistant Attorney General, Criminal Division

*Christina Taylor*
Matthew Hoff
Christina Taylor
Trial Attorneys
Organized Crime and Gang Section
United States Department of Justice

Information - 2
*United States v. Reid*, No. CR19-117JLR

ASSISTANT ATTORNEY GENERAL
1301 NEW YORK AVENUE, NW
SUITE 700
WASHINGTON, D.C. 20005
(202) 514-3594